## Costello *v.* The State.

APPEAL from Bibb County Court.

Tried before the Hon. W. L. PRATT.

H. C. MEADE and S. D. LOGAN, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for violating a local prohibition law in force in Bibb county.

The judgment of conviction is affirmed on the authority of *Costello v. The State, ante,* p. 143.

Opinion by HARALSON, J.

---

## Smith *v.* State.

APPEAL from the Circuit Court of Walker.
Tried before the Hon. A. A. COLEMAN.

W. L. ACOFF and F. A. GAMBLE, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for the murder of Henry Barrentine, and sentenced to be hanged.

The judgment of conviction is affirmed.